IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CECIL MALLOT, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | No. 12-CV-00446-DW |
| v. | ) ) | |
| LEXINGTON MANOR HEALTHCARE GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) | |

# ORDER

Before the Court is Defendant Lexington Manor Healthcare Group, Inc. and Saber Healthcare Group, LLC's (collectively, the "Defendants") Motion to Dismiss Claims of Plaintiffs Atchley, Brown, Discon, Guerrero and Tirabassi for Failure to Comply with Court Order and Suggestions in Support (the "Motion"). See Doc. 123. The Plaintiffs' deadline to file a response was January 26, 2015, and no response has been filed.

After reviewing the record, and for the reasons stated by Defendants, the Defendants' unopposed Motion (Doc. 123) is GRANTED. The claims of Plaintiffs Ronald Atchley, Ronald Brown, James Discon, Roger Guerrero, and Anthony Tirabassi are DISMISSED WITH PREJUDICE. No attorneys' fees or costs shall be assessed against Plaintiffs.

IT IS SO ORDERED.

Date: February 4, 2015                              /s/ Dean Whipple
                                                                Dean Whipple
                                                       United States District Judge